Peter Dubrawski (Bar No. 65677)
 *pdubrawski@hbblaw.com*
Keith Rozanski (Bar No. 232330)
 *krozanski@hbblaw.com*
Courtney R. Arbucci (Bar No. 266036)
 *carbucci@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendants
GENIE INDUSTRIES, INC. and
TEREX CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIO BATRES,<br><br>Plaintiff,<br><br>v.<br><br>GENIE INDUSTRIES, INC., TEREX CORPORATION, AHERN RENTALS, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-10380 AB (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: September 13, 2019

*Paul L. Abrams*
_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE