1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

MARIO BATRES,

                Plaintiff,

     v.

GENIE INDUSTRIES, INC.,
TEREX CORPORATION, AHERN
RENTALS, INC. and DOES 1 – 50,
inclusive,

              Defendants.

Case No.: 2:18-cv-10380 TJH (PLAx)

**ORDER OF DISMISSAL  [JS-6]**

**ORDER OF DISMISSAL**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS SO ORDER THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  APRIL 29, 2022

HON. TERRY J. HATTER, JR.

UNITED STATES DISTRICT JUDGE